```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                  )<br>)<br>LEE HENRY,                          )<br>    Defendant.                     )<br>)<br>) | <br><br>CR. NO. 05-30011-MAP<br><br>VIOLATIONS<br>18 U.S.C. §401 (3)<br>Contempt of Court |

## INDICTMENT

The Grand Jury charges that:

COUNT ONE:   Title 18, United States Code, Section 401(3),
             Contempt of Court

On or about November 1, 2003, in Springfield, Massachusetts,

LEE HENRY,

defendant herein, did willfully and knowingly disobey or disregard an order of the court that he not commit any offense in violation of federal, state or local law while on release in criminal case 03-30043-MAP as a condition of pre-trial release in that case by distributing and possessing with intent to distribute heroin in contravention of the conditions of pre-trial release imposed by the court.

All in violation of Title 18, United States Code, Section 401(3).

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Todd E. Newhouse
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on March 17, 2005.

_____ 2:35 pm
Deputy Clerk of Court

2

JSAO MA 6/29/04)    U.S. District Court - District of Massachusetts

Cover Sheet    Investigating Agency __DEA__

**Place of Offense:** __Massachusetts__    Category No. __2__

City __Springfield__    **Related Case Information:**    Case No. _____

County __Hampden__    Superseding Ind./ Inf. _____ New Defendant _____
Same Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**    Juvenile  ☐ Yes  ☒ No

Defendant Name __Lee Henry__

Alias Name _____

Address _____    Nationality: _____

Birth date (Year only): __1967__  SSN (last 4 #): __3147__  Sex __M__  Race: _____

Address: _____

Defense Counsel if known: _____

Bar Number: _____

**U.S. Attorney Information:**

    Bar Number if applicable _____

AUSA __Todd E. Newhouse__

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No    ☒ In Custody
    ☐ Regular Process
    ☐ Warrant Requested

**Location Status:**

Arrest Date: _____    in __Hampshire Cty House of Correction__

☒ Already in Federal Custody as __of Nov. 2003__    ☐ Serving Sentence    ☐ Awaiting Trial
☐ Already in State Custody _____    on _____
☐ On Pretrial Release:  Ordered by _____

    ☐ Complaint    ☐ Information    ☒ Indictment
Charging Document:
    ☐ Petty    ☐ Misdemeanor    ☒ Felony __1__

Total # of Counts:

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __March 17, 2005__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     LEE HENRY

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
| --- | --- | --- |
| Set 1  18 USC 401(3) | Contempt of Court | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**