✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LEE HENRY

**NOTICE**

CASE NUMBER: 04-30011-MAP

TYPE OF CASE:

☐ **CIVIL**      ☒ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, MA 01103 | Courtroom Three |
| | DATE AND TIME |

TYPE OF PROCEEDING

STATUS CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | May 16, 2005 at 2:30 p.m. | May 16, 2005, at 1:30 p.m. |

TONY ANASTAS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 29, 2005            /s/ Bethaney A. Healy
DATE                           (BY) DEPUTY CLERK

TO:      All counsel of record