UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30011-MAP |
| ) | |
| LEE HENRY, ) | |
| Defendant ) | |

FINAL STATUS REPORT
May 17, 2005

NEIMAN, U.S.M.J.

The court held an initial status conference on May 16, 2005, which, with the parties' consent, was converted into a final status conference. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. An initial pretrial conference has been scheduled for June 24, 2005, at 2:00 p.m. in Courtroom I. Defendant will report at the time what dispositive motions, if any, he intends to file.

2. All discovery has been completed. This case is coupled with Criminal No. 05-30010-MAP.

3. The parties report and the court finds that thirty-two days will have run on the Speedy Trial clock as of June 24, 2005. An Order of Excludable Delay will issue.

4. There are no other matters relevant to report.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge