UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)  Criminal Nos. 05-30010-MAP<br>)                    05-30011-MAP<br>)<br>v.  )<br>)<br>LEE HENRY,  )<br>   Defendant.  ) |

### NOTICE PURSUANT TO 18 U.S.C. § 3147

The United States of America, by and through its undersigned attorneys, hereby provides the defendant with Notice Pursuant to 18 U.S.C. § 3147 and U.S.S.G. 2J1.7 regarding a potential sentencing enhancement the defendant may face if he is convicted of committing a federal offense while on release on another federal offense.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
TODD E. NEWHOUSE
Assistant United States Attorney

### CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       September 12, 2005

   I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

_____
TODD E. NEWHOUSE
Assistant U.S. Attorney

1