UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                           CASE NO.  03-30043
       V.                                                     05-30010
                                                           05-30011

LEE HENRY

### NOTICE OF RESCHEDULING

PLEASE TAKE that the above-entitled case has been   RESET  for a

SENTENCING HEARINGS  on   January 27, 2006 at 2:00 p.m.    before Michael A.

Ponsor, U.S. D.J   In   Courtroom #   1   on the    5th        floor.

                                                              SARAH THORNTON
                                                              CLERK OF COURT

  12/5/05                                       By: /s/ Elizabeth A. French
     Date                                             Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                                  [kntchrgcnf.]
                                                                              [ntchrgcnf.]