UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
V.                       )   CASE NO.: 05-30011
)
LEE HENRY,               )
)
    Defendant           )

DEFENDANT'S APPEAL OF SENTENCE

The defendant, Lee Henry, being aggrieved by the sentence imposed by this Court on January 30, 2006 in the above indictment hereby appeals the imposition of said sentence to the United States Appeals Court for the First Circuit (18 U.S.C. section 3742).

LEE HENRY
BY HIS ATTORNEY

Dated: February 6, 2006         William J. O'Neil
                                7 Stockbridge Street
                                Springfield, MA 01103
                                (413) 733-6821
                                BBO# 548445

CERTIFICATE OF SERVICE

I, William J. O'Neil, Attorney for Lee Henry, do hereby certify that on February 6, 2006, I electronically filed the Defendant's Appeal of Sentence with the United States District Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Todd E. Newhouse
Assistant United States Attorney
1550 Main Street
Springfield, MA 01103

Date: February 6, 2006          William J. O'Neil