UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
V.                       )       CASE NO.: 05-30011
)
LEE HENRY,               )
)
    Defendant           )

MOTION TO WAIVE FILING FEE
FOR NOTICE OF APPEAL

The defendant, Lee Henry, requests an order waiving the filing fee for the Notice of Appeal that was filed on February 6, 2006. Mr. Henry is currently incarcerated at the Hampshire County House of Correction in Northampton, Massachusetts. On January 30, 2006, he was sentenced to twenty four months on docket number 05-30011. He is indigent. His counsel, William J. O'Neil, had a CJA appointment. He was appointed on March 23, 2005 by U.S. District Court Judge Michael A. Ponsor.

WHEREFORE, the defendant, Lee Henry, requests an order waiving the filing fee for the Notice of Appeal that was filed on February 6, 2006.

THE DEFENDANT,
By His Attorney

Dated: February 13, 2006        William J. O'Neil
                                7 Stockbridge Street
                                Springfield, MA 01103
                                (413) 733-6821
                                BBO# 548445

CERTIFICATE OF SERVICE

    I, William J. O'Neil, Attorney for Lee Henry, do hereby certify that on February 13, 2006, I electronically filed the Motion to Waive Filing Fee For Notice Of Appeal with the United States District Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Todd E. Newhouse
Assistant United States Attorney
1550 Main Street
Springfield, MA 01103

Date: February 13, 2006                              William J. O'Neil