# United States Court of Appeals
## For the First Circuit

Nos. 06-1298, 06-1299

UNITED STATES OF AMERICA,

Appellee,

v.

LEE HENRY,

Defendant, Appellant.

**JUDGMENT**

Entered: March 7, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Lee Henry's convictions and sentences are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_George ?_
Deputy Clerk

Date: 3/31/08

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Newhouse, Ms. Chaitowitz, Mr. Grant, Mr. Quinlivan, & Mr. Seiger, ]